# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0231. MERRILL JACKSON CARTER, AS EXECUTOR OF THE ESTATE OF GORDON W. JACKSON v. CHRISTOPHER SCOTT.**

Christopher Scott sued Merrill Carter, as executor of the estate of Gordon W. Jackson, for injuries he allegedly sustained when Jackson kicked him in the knee. At the time of the injury, Jackson was an Alzheimer's patient at a treatment facility where Scott worked. Carter answered, raising several defenses, including lack of mental capacity. The parties subsequently filed cross-motions for partial summary judgment on the mental capacity defense. The trial court granted partial summary judgment to Scott and denied Carter's motion.

Carter now seeks interlocutory review of the trial court's ruling. The grant of partial summary judgment, however, is directly appealable. It is not subject to the interlocutory appeal requirements. See OCGA § 9-11-56 (h); *Olympic Dev. Group, Inc. v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Carter shall have ten days from the date of this order to file a notice of appeal in the trial

court.[1]  The clerk of the trial court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/16/2012
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1]If Carter has already filed a notice of appeal from the trial court's order, she need not file a second notice.